BRETT A. SHUMATE
Assistant Attorney General
JAMES POWERS
Chief Litigation Counsel
ROMIL DEVANG AMIN, NJ Bar # 105232014
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
FEDERAL PROGRAMS BRANCH
1100 L Street, N.W.
Washington, DC 20530
(202) 802-3416
Romil.D.Amin@usdoj.gov
Attorneys for Defendants

**UNITED STATES DISTRICT COURT FOR**

**THE SOUTHERN DISTRICT OF CALIFORNIA**

**Electronic Privacy Information Center**, et. al.

Plaintiffs,

v.

**Markwayne Mullin**, in his official capacity as Secretary of the Department of Homeland Security, et. al.

Case No.: 3:26-cv-04232-AJB-MSB

**JOINT MOTION FOR EXTENSION OF TIME AND BRIEFING SCHEDULE**

Under L. Civ. R. 7.2, the parties jointly request entry of modified deadlines for Defendants to answer or otherwise respond to Plaintiffs' Complaint, Plaintiffs to file their opposition to any motion to dismiss, and Defendants to reply. Good cause supports this proposal, as discussed below.

The parties conferred on September 16, 2026 and 17, 2026 to arrive at this joint proposal. The parties have not previously requested any continuances or extensions of time in this case. If granted, this joint proposal would set the full briefing schedule for any motion to dismiss filed by Defendants under F.R.C.P. Rule 12(b).

Currently, Defendants' deadline to answer or otherwise respond to the Complaint is Friday, September 25, 2026. Under this Court's rules and procedures, should Defendants move to dismiss the complaint, Defendants are required to obtain and notice a hearing date no earlier than 28 days after the date the motion is filed, Plaintiffs' opposition would be due no later than 14 calendar days prior to the noticed hearing, and Defendants' reply would be due no later than seven days prior to the noticed hearing. *See* L. Civ. R. 7.1(e).

The parties propose extensions of time that set Defendants' deadline to answer or otherwise respond to the Complaint on October 23, 2026; Plaintiffs' opposition deadline on November 20, 2026; and Defendants' reply deadline on December 7, 2026. The parties recognize that, under this Court's rules and procedures, Defendants must call chambers to obtain a hearing date prior to filing any motion to dismiss on October 23, 2026, and that no hearing may occur prior to December 14, 2026 by operation of L. Civ. R. 7.1(e).

The parties' proposal is supported by good cause. Counsel for the United States requires an extension of time to respond to the Complaint due to its length and complexity, as well as the press of business in other matters. All parties further agree that, if a motion to dismiss is filed, the parties will benefit from sufficient time to prepare further briefing as to such motion.

The parties therefore jointly request that the Court grant this motion and enter the accompanying proposed order.

*/s/ Romil Devang Amin*
Romil Devang Amin
Trial Attorney

Dated: September 18, 2026