# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF CALIFORNIA

**Electronic Privacy Information Center**, et. al.

Plaintiffs,

v.

**Markwayne Mullin**, in his official capacity as Secretary of the Department of Homeland Security, et. al.,

Defendants.

Case No.: 3:26-cv-04232-AJB-MSB

## DECLARATION OF ROMIL DEVANG AMIN IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME

I, Romil Devang Amin, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney for the Department of Justice and represent the Defendants in this case. I submit this declaration in support of Defendants' Consent Motion to Extend Time.

2. On October 14, 2026, I reached out to counsel for the Plaintiffs seeking an extension of time to file the Defendants' response. Due to the length and complexity of the Complaint I was seeking additional to time to file the response.

3. I explained that the response required coordination with the multiple agency defendants against the press of other significant and time sensitive litigation deadlines. Coordination with the Defendants has taken longer than anticipated to systematically analyze the claims and draft appropriate responses given the intricacies of the claims.

4. That very same evening, counsel for the Plaintiffs acknowledged receipt of the extension request and informed me that they would speak with their clients and respond appropriately.

5. On October 15, 2026, counsel for the Plaintiffs informed me that they do not oppose a two-week extension. Thereafter, I submitted the Consent Motion to Extend Time.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 19, 2026.

*/s/ Romil Devang Amin*
Romil Devang Amin
Trial Attorney
Federal Programs Branch