**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF CALIFORNIA**

**Electronic Privacy Information Center**, et al.

Plaintiffs,

v.

**Markwayne Mullin**, in his official capacity as Secretary of the Department of Homeland Security, et al.

Case No.: 3:26-cv-04232-AJB-MSB

Hearing Date: February 11, 2026
Time: 10:00 a.m.
Place: San Diego, Courtroom 4A

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants respectfully move the Court for an order dismissing Plaintiffs' complaint for the reasons set forth in the accompanying memorandum of law. This motion is made following the conference of counsel that took place between October 14, 2026 and October 15, 2026.

WHEREFORE, Defendants respectfully request that this Court grant the motion.

Dated: November 6, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JAMES POWERS
Chief Litigation Counsel
Federal Programs Branch

*/s/ Romil Devang Amin*
Romil Devang Amin
Trial Attorney
Federal Programs Branch

*Counsel for Defendants*